UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY F. SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>FRANCIS F. REBSTOCK, et al.,<br><br>        Defendants. | CIVIL ACTION<br><br>No. 10-01515 |

## ORDER

**AND NOW**, this 2 day of August, 2011, upon consideration of defendant Katherine Lewis's Motion to Dismiss (Docket No. 13), and for the reasons discussed in the accompanying memorandum, it is hereby **ORDERED** that the motion to dismiss is **GRANTED**, and Smith's claims against Lewis are **DISMISSED**.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.

1